1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE JESUS FLORES-ELIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 06-181-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: July 11, 2006 |
| JOSE JESUS FLORES-ELIAS, ) | |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE JESUS FLORES-ELIAS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that a trial confirmation hearing set for June 13, 2006 and the jury trial set for June 27, 2006 be vacated and a status conference be set for July 11, 2006 at 9:30 a.m.

Speedy trial time is to be excluded from June 13, 2006 through the date of the status conference set for July 11, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local

Code T4).

DATED: June 9, 2006

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JOSE JESUS FLORES-ELIAS

DATED: June 9, 2006

                                   McGREGOR W. SCOTT
United States Attorney


/S/ Dennis S. Waks for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: June 9, 2006

_Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT