DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE JESUS FLORES-ELIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE JESUS FLORES-ELIAS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 06-181-LKK <br><br> **STIPULATION AND ORDER** <br><br> DATE: August 1, 2006 <br> TIME: 9:30 a.m. <br> JUDGE: Hon. Lawrence K. Karlton |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE JESUS FLORES-ELIAS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for July 11, 2006 be reset to August 1, 2006 at 9:30 a.m.

    Speedy trial time is to be excluded from July 11, 2006 through the date of the status conference set for August 1, 2006 pursuant

///

///

to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 7, 2006

```
                                Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                JOSE JESUS FLORES-ELIAS
```

DATED: July 7, 2006

```
                                McGREGOR W. SCOTT
                                United States Attorney


                                /S/ Dennis S. Waks for
                                _____
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
```

_____

O R D E R

IT IS SO ORDERED.

DATED: July 10, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2