```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE JESUS FLORES-ELIAS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 06-181-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: August 29, 2006 |
| JOSE JESUS FLORES-ELIAS, | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE JESUS FLORES-ELIAS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for August 1, 2006 be reset to August 29, 2006 at 9:30 a.m.

Speedy trial time is to be excluded from August 1, 2006 through the date of the status conference set for August 29, 2006 pursuant

///

///

to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 27, 2006

                        Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JOSE JESUS FLORES-ELIAS

DATED: July 27, 2006

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: July 28, 2006

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT