1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE JESUS FLORES-ELIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 06-181-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 12, 2006 |
| JOSE JESUS FLORES-ELIAS, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE JESUS FLORES-ELIAS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for August 29, 2006 be reset to a status conference/change of plea hearing on September 12, 2006 at 9:30 a.m.

Speedy trial time is to be excluded from August 29, 2006 through the date of the status conference/change of plea hearing on September 12, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time

1  to prepare] (Local Code T4).
2       DATED: August 24, 2006
3                                       Respectfully submitted,
                                        DANIEL J. BRODERICK
4                                       Federal Defender

5                                       /S/ Dennis S. Waks
                                        _____
6                                       DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
7                                       Attorney for Defendant
                                        JOSE JESUS FLORES-ELIAS
8       DATED: August 24, 2006
9
                                        McGREGOR W. SCOTT
10                                      United States Attorney
11
                                        /S/ Dennis S. Waks for
12                                      _____
                                        MICHAEL BECKWITH
13                                      Assistant U.S. Attorney

14              _____
                              O R D E R
15
        IT IS SO ORDERED.
16
17      DATED: August 28, 2006
18
19                              _____
                                LAWRENCE K. KARLTON
20                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

2